UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
TRUSTEES FOR THE MASON TENDERS DISTRICT :
COUNCIL WELFARE FUND, PENSION FUND, :
ANNUITY FUND, AND TRAINING PROGRAM :  20-CV-2242 (JMF)
FUND; ANNA GUTSIN, *in her fiduciary capacity as* :
*Director*; and ROBERT BONANZA, *as Business* :  ORDER
*Manager of the Mason Tenders District Council of* :
*Greater New York*, :
:
                Petitioners, :
:
  and :
:
N.B.A. CONSTRUCTION INC., :
:
                Respondent. :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On March 12, 2020, Petitioners filed a petition to confirm an arbitration award. Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioners shall file and serve any additional materials with which they intend to support their petition to confirm by **March 26, 2020**. Respondent's opposition, if any, is due on **April 9, 2020**. Petitioners' reply, if any, is due **April 16, 2020**.

      Petitioners shall serve the petition and all supporting papers, as well as this Order, upon Respondents electronically and by overnight mail no later than **March 26, 2020**, and shall file an affidavit of such service with the court no later than **March 27, 2020**.

      SO ORDERED.

Dated: March 13, 2020
       New York, New York
                                              JESSE M. FURMAN
                                              United States District Judge