UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
:
:
TRUSTEES FOR THE MASON TENDERS DISTRICT  :
COUNCIL WELFARE FUND, PENSION FUND,      :   20-CV-2242 (JMF)
ANNUITY FUND, AND TRAINING PROGRAM       :
FUND; ANNA GUTSIN, *in her fiduciary capacity as*  :   ORDER
*Director*; and ROBERT BONANZA, *as Business*      :
*Manager of the Mason Tenders District Council of* :
*Greater New York*,                                :
:
                    Petitioners,         :
:
     and                                 :
:
                                         ;
N.B.A. CONSTRUCTION INC.,                :
:
                    Respondent.          :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On March 12, 2020, Petitioners filed a petition to confirm an arbitral award.  *See* ECF No. 1.  Respondent failed to file an opposition by the extended July 23, 2020 deadline, which was based on the parties' representation that they were pursuing settlement discussions.  *See* ECF No. 14.  Accordingly, it is hereby ORDERED that, **within two days of this Order**, Petitioners shall submit a letter informing the Court whether the parties have reached a settlement in principle.  If the parties have settled the case, the Court will dismiss (pursuant to a 60-day order or otherwise, as appropriate); if not, the Court will treat the petition as unopposed.

      SO ORDERED.

Dated: August 5, 2020
      New York, New York
                                            JESSE M. FURMAN
                                         United States District Judge